Fax from :   11-17-09 03:22p  Pg: 2
Fax sent by :   11-17-09 02:30p  Pg: 2/3
Case 2:07-cr-00913-WJM   Document 73   Filed 11/30/09   Page 1 of 2 PageID: 168

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Joseph A. Greenaway

        v.     :     Criminal No. 07-913

TRI LE NGUYEN     :     O R D E R

      This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Brian L. Urbano, Assistant U.S. Attorney, appearing), and defendant Tri Le Nguyen (Patrick Perrotta, Esq., appearing), and good cause having been shown, the Court makes the following findings:

      1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

      2. The evidence in this case consists in part of over 56 compact discs of recorded conversations, a majority of which are in Vietnamese and require translation. The defense and the government will require sufficient time to review all of the conversations and attempt to stipulate to translations for the same. Failure to grant a continuance would deny counsel for defendant and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

Fax from : 11-17-09 03:23p Pg: 3
Fax sent by :
Case 2:07-cr-00913-WJM   Document 73   Filed 11/30/09   Page 2 of 2 PageID: 169

3. The ends of justice served by a continuance of the trial date in this matter until January 26, 2010, outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 25th day of November, 2009,

ORDERED that the trial date in this matter is continued until January 26, 2010, and that the period of time from October 20, 2009 through Janauary 26, 2010, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Trial shall commence on January 26, 2010 at 9:30 a.m.

HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

I hereby consent to the form
and entry of this Order

PATRICK PERROTTA, ESQ.
ATTORNEY FOR DEFENDANT NGUYEN

BRIAN L. URBANO
ASSISTANT UNITED STATES ATTORNEY